USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/12/14

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ALLEN B. GOTTLIEB,                   :
                                     :    05-CV-2401 (LAP)
                    Plaintiff,       :
                                     :
        -against-                    :
                                     :
SECURITIES AND EXCHANGE              :
COMMISSION,                          :
                                     :
                    Defendant.       :
------------------------------------X
SECURITIES AND EXCHANGE              :
COMMISSION,                          :
                                     :    98-CV-2636 (LAP)
                    Plaintiff,       :
                                     :
        -against-                    :
                                     :
GEORGE WALLACE STEWART, et al.,      :
                                     :
                    Defendants.      :
------------------------------------X
```

LORETTA A. PRESKA, Chief United States District Judge:

As explained in several of this Court's previous orders, Gottlieb is barred from filing, among other things, Rule 60 motions in these cases. (See, e.g., No. 05-CV-2401, Order, dated Sept. 19, 2013 [dkt. no. 38]; No. 98-CV-2636, Order, dated Aug. 14, 2012 [dkt. no. 109].)

Accordingly, the attached motion is DENIED.

SO ORDERED.

Dated:   New York, New York
         August 12, 2014

_____
LORETTA A. PRESKA
Chief United States District Judge

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

## 98-CIV-02636/05-CIV-02401

Securities and Exchange Commission,

        Plaintiff

V.                                                          **MOTION FOR LEAVE TO FILE**

George Wallace Steward, et al.                **RULE 60(B) EXCULPATORY**

        Defendant                         **NEWLY DISCOVERED EVIDENCE**

### MOTION FOR LEAVE TO FILE RULE 60(b) EXCULPATORY NEWLY DISCOVED EVIDENCE

I, Allen Bruce Gottlieb, one of the Defendants in the above action have been provided with exculpatory evidence from the Securities and Exchange Commission's own mouth which [Physical Document Evidence] substantiates the fact that the SEC lied and deceived the court into believing that they could not serve Gottlieb, when Gottlieb was available at all times for service.

I therefore Motion the District Court grant me permission to provide the evidence in the form of Rule 60(b) submission, in support of this motion and to bring the evidence to the courts attention so they can evaluate the poor litigation conduct, unethical and immoral violations the SEC stooped to, by withholding evidence and deceiving the court into believing the absurd accusation that they were actively pursuing Gottlieb for almost 7 years.

Respectfully submitted this 18th day of July, 2014

*[signature]*

Allen Gottlieb, Pro Se

20533 Biscayne Blvd. #471

Aventura, Florida 33180

Lawconsultancy@aol.com

CERTIFICATE OF SERVICE

Allen Bruce Gottlieb under penalty of perjury certifies that he has mailed a true copy of this Motion, using the mail services of the Bahamas, to Christopher Bruckman, SEC, Mail Stop 5631, Washington DC, 20549 this 18 day of July, 2014.

Allen Bruce Gottlieb