IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE WALLACE STEWART, et al.,<br><br>Defendants. | Case No. 1:98-cv-02636-LAP<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: OCT 30 2014 |

## ORDER TO SHOW CAUSE

This matter comes before the Court on the United States Securities and Exchange Commission's Affidavit in Support of An Order To Show Cause Why Defendant Allen B. Gottlieb Should Not Be Held In Civil Contempt.

The Court, being duly advised hereby ORDERS that Defendant Allen B. Gottlieb, shall *Before the Hon. Loretta A. Preska* appear on **November 7**, 2014, at **10:00 A**.m. at 500 Pearl Street, Courtroom **12A**, New York, NY 10007-1312, and show cause why he should not be held in civil contempt for failing to appear for his deposition pursuant to a duly issued Subpoena to Testify at a Deposition in a Civil Action entered on June 14, 2014 and personally served upon him.

Dated this **30th** day of **October**, 2014.

_____
LAURA TAYLOR SWAIN, U.S.D.J
*PART I*