```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
SECURITIES AND EXCHANGE COMMISSION,       :

                 Plaintiff,               :

        - against -                       :

GEORGE WALLACE STEWART, et al.,           :

                 Defendants,              :

        - and -                           :

CORNEL D. PLEBANI, et al.,                :    RENEWED
                                               NOTICE OF MOTION
                 Relief Defendants.       :
                                               ORAL ARGUMENT REQUESTED
- - - - - - - - - - - - - - - - - - - - - x

SECURITIES AND EXCHANGE COMMISSION,       :    98 Civ.2636 (LAP)

Plaintiff-Petitioner-Judgment Creditor,   :

        - against -                       :

FIRST AMERICAN TITLE INSURANCE COMPANY,   :

                 Respondent-Garnishee,    :

ALLEN B. GOTTLIEB,                        :

        Defendant-Judgment Debtor,        :

PHYLLIS J. GOTTLIEB, Individually and     :
as Trustee of the Phyllis J. Gottlieb
Living Trust dated February 17, 2012,     :

                 Interested Person.       :

- - - - - - - - - - - - - - - - - - - - - x
```

PLEASE TAKE NOTICE that on a date and time to be established by the Court, based on the annexed declarations of Phyllis Jean Gottlieb, executed February 10, 2016, Alexander J. Alfano, executed January 11, 2016, and Alexander E. Eisemann, executed April 12, 2021, the affidavit of Neil Milestone, sworn

to on October 6, 2015, and the accompanying memorandum of law, dated April 12, 2021, Interested Person Phyllis Gottlieb will move this Court, at the United States Courthouse, 500 Pearl Street, Room 12A, New York, New York 10007-1312, for an order, pursuant, <u>inter alia</u>, to New York Civil Practice Law and Rules 5239 and 5240, (1) releasing all the funds currently being held in the Court's registry or, in the alternative, releasing half of those funds and (2) granting such other and further relief as the Court may deem just and proper.

Dated:   New York, New York
         April 12, 2021

*[signature]*

_____
ALEXANDER E. EISEMANN AE5405
Counsel for Interested Person
  Phyllis Gottlieb
20 Vesey Street, Suite 400
New York, New York 10007
(212) 420-8300

TO:

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION

Christy J. White, Esq.
Assistant Chief Litigation Counsel
100 F Street, N.E.
Mail Stop 5631, Room 5608
Washington, D.C. 20549-5985