# ALEXANDER E. EISEMANN
### ATTORNEY AT LAW

| 20 Vesey Street, Suite 400 | 282 Katonah Avenue, Suite 244 |
| New York, New York 10007 | Katonah, New York 10536 |

Tel: (212) 420-8300
Fax: (212) 420-8338
aee@eislaw.com

April 16, 2021

**VIA ECF**

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007-1312

    Re:  *Securities and Exchange Commission v. Stewart, et al.,*
           *98 Civ. 2636 (LAP)*

Dear Judge Preska:

    I write on behalf of my client, Phyllis J. Gottlieb, and the U.S. Securities and Exchange Commission to propose a briefing schedule for Mrs. Gottlieb's pending motion to release funds.

    The parties jointly propose that the SEC's opposition shall be filed on or before May 4, 2021, and that Mrs. Gottlieb's reply shall be filed on or before May 14, 2021.

    If your Honor approves this schedule, we respectfully request that you so-order it by memorandum endorsement of this letter.

                          Respectfully submitted,

                          Alexander E. Eisemann

cc:  Counsel of record
     (by ECF)

                        The proposed briefing schedule is
                        approved.  SO ORDERED.

                        Loretta A. Preska  4/19/2021