UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| SECURITIES AND EXCHANGE COMMISSION, | |
|---|---|
| Plaintiff, | 98 Civ. 2636 (LAP) |
| -against- | ORDER |
| ALLEN B. GOTTLIEB, et al., | |
| Defendants. | |

LORETTA A. PRESKA, Senior United States District Judge:

The conference scheduled for June 2, 2021 (see dkt. no. 340) will take place by telephone. Counsel shall call in to the conference using the following teleconference information: (877) 402-9753, access code: 6545179.

**SO ORDERED.**

Dated:  New York, New York
        June 2, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge