UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>-against-<br><br>GEORGE WALLACE STEWARD, ET AL.,<br><br>      Defendant. | 98 Civ. 02636 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The show-cause hearing scheduled for August 20, 2021 at 10:00 a.m. is hereby adjourned to August 31, 2021 at 11:00 a.m. Counsel and Mr. Gottlieb should dial in to the conference using the following teleconference information: 877-402-9753, Code: 6545179.

SO ORDERED.

Dated: New York, New York
    August 12, 2021

*/s/ Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge