UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-against-

ALLEN B. GOTTLIEB, et al.,

                Defendant.

98 Civ. 2636 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Gottlieb's pro se motion "for relief from the contempt order on grounds of compliance [and that] final judgment is a penalty not as [disgorgement]." (Dkt. No. 389.)

    The SEC shall respond to the motion on or before January 26, 2022.

**SO ORDERED.**

Dated:    New York, New York
            January 12, 2022

_____
LORETTA A. PRESKA
Senior United States District Judge

1