UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>-against-<br><br>ALLEN B. GOTTLIEB, ET Al.,<br><br>                    Defendants. | No. 98-CV-2636 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the SEC's opposition (dkt. no. 392) to Mr. Gottlieb's motion (dkt. no. 389).  Mr. Gottlieb's reply, if any, shall be filed on or before February 9, 2022. Pursuant to the Court's individual practice 2.C, any reply is limited to 10 pages in length.

**SO ORDERED.**

Dated:     January 28, 2022
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1