UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

               Plaintiff,

-against-

ALLEN B. GOTTLIEB, ET Al.,

               Defendants.

No. 98-CV-2636 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is the most recent of Mr. Gottlieb's plethora of motions for reconsideration.  (Dkt. no. 399.)  To the extent that the Court has jurisdiction to hear the motion in light of his pending appeal, the motion is denied because Mr. Gottlieb has not proffered any new facts or law overlooked by the Court in the underlying motions or the prior motions for reconsideration.

**SO ORDERED.**

Dated:    March 2, 2022
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1