UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                    Plaintiff,                    No. 98-CV-2636 (LAP)

-against-                                                ORDER

ALLEN B. GOTTLIEB, ET AL.,

                    Defendants.

LORETTA A. PRESKA, Senior United States District Judge:

On February 7, 2023 the Court issued an Opinion and Order
denying Phyllis Gottlieb's Motion for the Release of Funds (dkt.
no. 319) and granting the SEC's Countermotion for the release of
half the funds to it (dkt. no. 330).  (Dkt. no. 433.)  On
February 21, 2023, Mrs. Gottlieb requested permission to file a
motion for reconsideration (dkt. no. 434), which the Court
granted on February 23, 2023 (dkt. no. 435).  The funds that are
the subject of the Court's February 7, 2023 Opinion and Order
shall not be released until Mrs. Gottlieb's motion for
reconsideration is decided.

SO ORDERED.

Dated:    New York, New York
          March 3, 2023

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge