UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

-against-

ALLEN B. GOTTLIEB, ET AL.,

          Defendants.

No. 98-CV-2636 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the SEC's April 3, 2023 letter setting forth the parties' positions regarding a proposed briefing schedule on the issue of Mrs. Gottlieb's contributions to the relevant funds. (Dkt. no. 441.) Mrs. Gottlieb shall file her brief on this issue two weeks after the Court renders its decision on her pending motion for reconsideration. The SEC shall respond two weeks later. Mrs. Gottlieb shall file any reply one week later.

**SO ORDERED.**

Dated:    April 5, 2023
             New York, New York

                          */s/ Loretta A. Preska*
                          LORETTA A. PRESKA
                          Senior United States District Judge