UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>-against-<br><br>ALLEN B. GOTTLIEB, ET AL.,<br><br>                    Defendants. | No. 98-CV-2636 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Gottlieb's affidavit concerning the return of his passport. (Dkt. no. 468.) The SEC shall inform the Court whether it considers the affidavit acceptable by July 18, 2023. If the SEC does not consider the affidavit acceptable, the SEC shall submit a proposed affidavit that it does consider acceptable by July 18, 2023.

SO ORDERED.

Dated:    New York, New York
            July 14, 2023

                                        _____
                                        LORETTA A. PRESKA
                                        Senior United States District Judge