UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | 98 CV 2636 (LAP) |
| -against- | ORDER |
| ALLEN B. GOTTLIEB, ET AL., | |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of the SEC's response and proposed affidavit related to Mr. Gottlieb's request for the return of his passport.  (Dkt. nos. 472, 472-1.)  Mr. Gottlieb shall execute the proposed affidavit, located at dkt. no. 472-1, before a notary and fax it to the Court and the SEC.

**SO ORDERED.**

Dated:    New York, New York
          July 18, 2023

_____
LORETTA A. PRESKA
Senior United States District Judge

1