UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>-against-<br><br>ALLEN B. GOTTLIEB, ET AL.,<br><br>                    Defendant. | 98 CV 2636 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

   Mr. Allen Gottlieb has submitted an affidavit (dkt. no. 474) consistent with the Court's July 10, 2023 Order (dkt. no. 466).  As such, the Clerk of the Court is directed to return Mr. Gottlieb's United States passport to him.  The asset freeze (dkt. nos. 346-1 & 373) is also lifted solely to the extent necessary to allow Mr. Gottlieb to defend the SEC Bahamas Action.  Mr. Gottlieb is again cautioned to strictly comply with the terms of his affidavit and the Court's July 10 Order and reminded that the Court will look unfavorably on any failure to do so or attempts to circumvent the restrictions imposed.

**SO ORDERED.**

Dated:   New York, New York
         July 24, 2023

_____
LORETTA A. PRESKA
Senior United States District Judge

1