UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

-against-

ALLEN B. GOTTLIEB, et al.,

Defendant.

No. 98-CV-2636 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Mr. Gottlieb's request, dated October 19, 2023, for an extension of time to appeal the Court's order, dated September 27, 2023, (dkt. no. 481 (the "September Order")), or for reconsideration of the September Order (dkt. no. 487).  As the Court made abundantly clear in the September Order, "Mr. Gottlieb cannot represent or submit anything on behalf of Mrs. Gottlieb."  (Dkt. no. 481 at 2.)  Nor may Mrs. Gottlieb file anything on her own behalf unless she unequivocally moves to discharge her attorney and proceed pro se.  (Id. at 3 n.4.)  Mr. Gottlieb's request at docket number 487 is therefore denied.

The Court further notes that Mr. Gottlieb has been circumventing his filing bar, (dkt. no. 415), by communicating directly with the Court via fax and mailing.  The Court has been exceedingly patient, diligently reviewing his submissions and directing that his submissions be filed when appropriate.  Mr.

1

Gottlieb has abused that patience, as he has done every time the Court provides him with any opportunity to access the docket. (See, e.g., dkt. no. 415.)  It will not continue.  The Court will not file anything further from Mr. Gottlieb that purports to be sent on behalf of Mrs. Gottlieb.  Nor will the Court file anything purporting to be from Mrs. Gottlieb except for a motion to discharge her attorney and proceed pro se.

**SO ORDERED.**

Dated:      New York, New York
            October 26, 2023

                                    _____
                                    LORETTA A. PRESKA
                                    Senior United States District Judge

2