# ALEXANDER E. EISEMANN
ATTORNEY AT LAW

20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
———
TEL: (212) 420-8300
FAX: (212) 420-8338
aee@eislaw.com
www.eislaw.com

November 27, 2023

**VIA ECF**

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007-1312

      Re:    Securities and Exchange Commission v. Stewart, et al.,
                  98 Civ. 2636 (LAP)

Dear Judge Preska:

      I am counsel for Phyllis J. Gottlieb and Allen B. Gottlieb with respect to the turnover proceedings in the above-entitled action. I am unable to continue representing them on grounds set forth in ABA Model Rule 1.16 (22 NYCRR Part 1200, Rule 1.16).

      Accordingly, pursuant to Rule 2.A. of your Honor's individual rules, I respectfully request a pre-motion conference as a predicate to my filing a motion to withdraw. In the alternative, I respectfully request that your Honor waive the requirement of a pre-motion conference and allow me to file the motion to withdraw without one.

      I thank your Honor for considering this request.

                                                          Respectfully submitted,

                                                          Alexander E. Eisemann

cc:    Christy White, Esq.
       (via ECF)
       Mrs. Phyllis J. Gottlieb
       Mr. Allen B. Gottlieb
       (both by email)