```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,   :    98 Civ. 02636 (LAP)
                                      :
               Plaintiff,             :
                                      :         ORDER
     v.                               :
                                      :
GEORGE WALLACE STEWART, et al.,       :
                                      :
               Defendants.            :
                                      :
-------------------------------------X
```

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is attorney Alexander E. Eisemann's motion to withdraw as counsel for Interested Person Phyllis J. Gottlieb and Defendant-Judgment Debtor Allen B. Gottlieb. Any party who objects to Mr. Eisemann's withdrawal shall notify the Court in writing of the reasons therefor no later than December 18.

    Mr. Eisemann shall serve Mr. and Mrs. Gottlieb with a copy of his motion and declaration.

SO ORDERED.

Dated:   New York, New York
         December 4, 2023

                                        _____
                                        LORETTA A. PRESKA
                                        Senior United States District Judge