UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S.E.C.,

              Plaintiff,

-against-

STEWART, et al.,

              Defendants.

No. 98 CV 2636 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is Mr. Eisemann's motion to withdraw as counsel to the Gottliebs.  (Dkt. no. 494.)  Local Civil Rule 1.4 requires a showing of, among other things, "the posture of the case, including its position, if any, on the calendar, and whether or not the attorney is asserting a retaining or charging lien." Accordingly, Mr. Eisemann shall supplement his motion by no later than January 5, 2024, to include the foregoing information in accordance with Local Civil Rule 1.4.

**SO ORDERED.**

Dated:    December 29, 2023
             New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge