```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| S.E.C.,<br><br>                Plaintiff,<br><br>-against-<br><br>Stewart, et al.,<br><br>                Defendants. | 98 Civ. 2636 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the parties' filings regarding Mr. Eisemann's motion to withdraw as counsel to the Gottliebs. (See dkt. nos. 494, 495, 498, 499, 500, 502, 503, 504, 505, 506, 508, 510, 511, 512.) The issue is now sub judice, and no additional filings will be considered unless requested by the Court.

    Additionally, Mr. Gottlieb is reminded of his filing bar, (see dkt. nos. 415, 488), which includes a prohibition on mailing documents directly to chambers.

**SO ORDERED.**

Dated:    New York, New York
           January 19, 2024

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge