UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| S.E.C., <br><br> Plaintiff, <br><br> -against- <br><br> Stewart, et al., <br><br> Defendants. | 98 Civ. 2636 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    On March 4, 2024, the Court received another missive from Mr. Gottlieb.  In light of the orders dated April 12, 2022 [dkt. no. 415], November 2, 2023 [dkt. no. 488], and January 19, 2024 [dkt. no. 513], the materials will be returned to Mr. Gottlieb.

**SO ORDERED.**

Dated:    New York, New York
            March 5, 2024

_____
LORETTA A. PRESKA
Senior United States District Judge