UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

S.E.C.,

              Plaintiff,

-against-

Stewart, et al.,

              Defendants.

98 Civ. 2636 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

On April 5, 2024, the Court entered an order modifying Mr. Gottlieb's filing bar to permit for the filing of moving and reply papers relating to Mrs. Gottlieb's monetary contributions to the marital home. (Dkt. no. 521.) Mr. Gottlieb has nonetheless continued to inundate the courthouse and chambers with mailings unrelated to the above topic.

Mr. Gottlieb is yet again reminded of his filing bar. He is further advised that the Court will not consider the substance of any missives beyond the scope permitted by his filing bar, even if they appear on the electronic docket, and they will have no legal effect on these proceedings.

**SO ORDERED.**

Dated:    New York, New York
            August 13, 2024

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge