UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Securities and Exchange Commission,<br><br>      Plaintiff,<br><br>-against-<br><br>George Wallace Stewart, et al.,<br><br>      Defendants. | 98-CV-02636 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The Court is in receipt of the following documents regarding Mrs. Gottlieb's direct contributions to the family and properties: (1) Mr. Gottlieb's letter (dkt. no. 538); (2) Mr. Eisemann's memorandum (dkt. no. 542); (3) the Securities and Exchange Commission's (the "SEC") response (dkt. no. 545); (4) Mr. Eisemann's reply (dkt. no. 546); (5) Mr. Gottlieb's letter (dkt. no. 552); (6) Mrs. Gottlieb's letter (dkt. no. 554); and (7) Mr. Gottlieb's letter (dkt. no. 555).  The parties shall appear for a half-day evidentiary hearing on the issue of Mrs. Gottlieb's dollar-value contributions to the family and properties on Tuesday, January 28, 2025 at 10:00 a.m.

  Mrs. Gottlieb shall provide the SEC with her witness list and exhibits no later than January 6, 2025.  **SO ORDERED.**

Dated: New York, New York
    December 17, 2024

               *Loretta A. Preska*
               _____
               LORETTA A. PRESKA
               United States District Judge