UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Securities and Exchange Commission,<br><br>      Plaintiff,<br><br>-against-<br><br>George Wallace Stewart, et al.,<br><br>      Defendants. | 98-CV-02636 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  Before the Court is the Gottliebs' request to hold the January 28, 2025, hearing remotely. (Dkt. no. 558.) The SEC shall inform the Court by letter no later than January 10, 2025, if it objects to doing so.

  As to the Gottliebs' technical inquiries, the Gottliebs shall contact the Court's Courtroom Technology Department at 212-805-0134 or Av_nysd@nysd.uscourts.gov. With respect to the Gottliebs' questions about the procedure for the hearing, they may contact the Court's Pro Se Office at 212-805-0175 or ProSe@nysd.uscourts.gov for guidance.

**SO ORDERED.**

Dated: New York, New York
    December 26, 2024

               *Loretta A. Preska*
               _____
               LORETTA A. PRESKA
               United States District Judge