# ALEXANDER E. EISEMANN
ATTORNEY AT LAW

20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007

TEL: (212) 420-8300
FAX: (914) 533 2535
aee@eislaw.com
www.eislaw.com

December 30, 2024

**VIA ECF**

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007-1312

Re: Securities and Exchange Commission v. Stewart, et al.,
98 Civ. 2636 (LAP)

Dear Judge Preska:

I am the Pro Se Intervenor-Claimant in the above entitled proceeding, in which your Honor has scheduled an evidentiary hearing for Tuesday, January 28, 2025, at 10:00 a.m. I am not available that day and so, with the consent of all parties, I respectfully request that the hearing be advanced by one day, to January 27, 2025, at 10:30 a.m., a date and time chambers has suggested your Honor would also be available.

I have discussed this request with the Gottliebs and Christie White of the SEC, all of whom have provided their consent to it, and I thank your Honor for your courtesy in considering it.

Respectfully,,

Alexander E. Eisemann

cc: Christy White, Esq.
(via ECF)
Mrs. Phyllis J. Gottlieb
Mr. Allen B. Gottlieb
(both by email)

The request is granted. The hearing is now set for Monday, January 27, 2025 at 11:00 a.m. **SO ORDERED.**

Loretta A. Preska
United States District Judge

December 31, 2024
New York, New York