UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Securities and Exchange
Commission,

                    Plaintiff,

-against-

George Wallace Stewart, et al.,

                    Defendants.

---

98-CV-02636 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of the following documents: (1) the
Securities and Exchange Commission's (SEC or Commission) request
for a pre-motion conference regarding the Commission's objection
to Mrs. Gottlieb and Mr. Eisemann's exhibits (dkt. no. 574); and
Mr. Eisemann's motion for reconsideration regarding the Court's
January 17, 2025 Order limiting Mr. Romley's testimony (dkt. no.
576).

The parties shall respond to the outstanding letters.
Responses shall be submitted by January 30, 2025.  Replies shall
be submitted by January 31, 2025.

**SO ORDERED.**

Dated:    New York, New York
          January 27, 2025

_____
LORETTA A. PRESKA
United States District Judge