UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Securities and Exchange Commission, | 98-CV-02636 (LAP) |
| Plaintiff, | |
| -against- | ORDER |
| George Wallace Stewart, et al., | |
| Defendants. | |

LORETTA A. PRESKA, Senior United States District Judge:

After conferring with the parties, the Securities and Exchange Commission shall inform the Court when it plans to file a proposed form of judgment. **SO ORDERED.**

Dated: New York, New York
February 13, 2025

_____
LORETTA A. PRESKA
United States District Judge