UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Securities and Exchange Commission,<br><br>                Plaintiff,<br><br>-against-<br><br>George Wallace Stewart, et al.,<br><br>                Defendants. | 98-CV-02636 (LAP)<br><br>ORDER |
| Allen B. Gottlieb, Phyillis J. Gottlieb, individually and as guardian of Jesse H. Gottlieb,<br><br>                Plaintiffs,<br><br>-against-<br><br>Alexander Eisemann,<br><br>                Defendant. | 25-CV-9195 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

By separate order, the Court has now disposed of all pending motions relating to the SEC's enforcement of its judgment against Mr. Gottlieb (the "SEC Action").  See Case No. 98-CV-2636, Dkt. No. 632.  The Court writes separately to address the status of the malpractice lawsuit brought by the Gottlieb family against their former attorney, Alexander Eisemann, and the related counterclaims for nonpayment of legal fees filed by Mr. Eisemann against the Gottliebs (the "Malpractice Action.").   See Case No. 25-CV-9195.

**February 10 Oral Argument.**   The parties in the Malpractice Action shall appear for oral argument on **Tuesday, February 10, 2026 at 10:00 AM.**   The oral argument will be held via Microsoft Teams.   At the conference, the parties should be prepared to argue any pending motion that they wish the Court to consider (except for Mr. Eisemann's pending motion for summary judgment, the status of which the Court shall address separately).   Any other motion or request not brought to the Court's attention at the February 10 teleconference will be deemed withdrawn.   In advance of the February 10 conference, each party shall be permitted to file or otherwise submit to chambers, no later than February 5, 2026, one written submission of no more than 10 pages, double-spaced, in which the party may describe the pending motions that he/she intends to argue at the hearing and present any legal authorities that he/she wishes the Court to consider.   Any other filings made without leave of this Court shall be disregarded.

In addition, by January 30, 2026 the parties shall email PreskaNYSDChambers@nysd.uscourts.gov to provide their emails and confirm they are able to access Microsoft Teams.

**Mr. Eisemann's Summary Judgment Motion.**   The Court shall separately issue an order and set a briefing schedule regarding Mr. Eisemann's pending motion for summary judgment at the February 10 Oral Argument.

**Future Filings.**    The Court appreciates Mr. Eisemann's suggestion to consolidate these cases and reduce duplicative filings.  However, consolidation at this juncture is unnecessary given that the Court has now disposed of all motions relating to enforcement of the SEC judgment.  Going forward, any filings relating to the Malpractice Action should be filed exclusively in the Malpractice Action.  No filing is to be made in the SEC Action unless it specifically concerns enforcement of the SEC judgment against Mr. Gottlieb, and the Court will not consider any filings that are improperly filed in either Action.  Moreover, except for the single written submission described above, Mr. Gottlieb shall refrain from filing any papers between now and the February 10 teleconference without express leave of this Court.

The Clerk of the Court shall close Dkt. Nos. 618, 619, and 627 in Case No. 98-CV-2636, and Dkt. Nos. 76 and 83 in Case No. 25-CV-9195.  Furthermore, the Clerk of the Court shall mail a copy of this order to Mr. and Mrs. Gottlieb.

**SO ORDERED.**

Dated:    New York, New York
          January 17, 2026

_Loretta A. Preska_
_____
LORETTA A. PRESKA
United States District Judge

3