UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Securities and Exchange Commission,<br><br>                 Plaintiff,<br><br>-against-<br><br>George Wallace Stewart, et al.,<br><br>                 Defendants. | 98-CV-02636 (LAP)<br><br>ORDER |
| Allen B. Gottlieb, Phyillis J. Gottlieb, individually and as guardian of Jesse H. Gottlieb,<br><br>                 Plaintiffs,<br><br>-against-<br><br>Alexander Eisemann,<br><br>                 Defendant. | 25-CV-9195 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The oral argument scheduled for Tuesday, February 10, 2026 at 10:00 AM is adjourned to **Wednesday, February 18 at 2:00 PM.** The oral argument will be held via Microsoft Teams.

The Clerk of the Court shall mail a copy of this Order to Mr. Gottlieb.

    **SO ORDERED.**

Dated:   New York, New York
        February 2, 2026

_____
LORETTA A. PRESKA
United States District Judge